**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LESLIE W. HURD,

          Plaintiff,

    -against-

NEW YORK CITY HEALTH AND HOSPITAL CORP.,

          Defendants.
-----------------------------------------------------------X

07 CIVIL 3073 (JSR)

**JUDGMENT**

**SCANNED**



    Whereas on April 8, 2008, the Honorable Theodore H. Katz, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that defendants' motion to dismiss be granted, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on May 16, 2008, having rendered its Order adopting the report and dismissing the action without prejudice, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 16, 2008, the report is adopted and the action is dismissed without prejudice.

**Dated:** New York, New York
        May 27, 2008

                                        **J. MICHAEL McMAHON**
                                          **Clerk of Court**
                BY:
                                          **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____